<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2397**

———————

WILLIAM P. WARD,

Plaintiff - Appellant,

versus

THE MEN'S WAREHOUSE, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Harvey II, Senior District Judge. (CA-98-1291-H)

———————

Submitted:  February 29, 2000          Decided:  March 14, 2000

———————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William P. Ward, Appellant Pro Se.  Sidney Gordon Leech, GOODELL, DEVRIES, LEECH & GRAY, L.L.P., Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William P. Ward appeals the district court's order granting summary judgment to The Men's Warehouse, Inc., in his employment discrimination action and denying Ward's motions to suppress his deposition and to order responses to his interrogatories. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ward v. Men's Warehouse, Inc., No. CA-98-1291-H (D. Md. Sept. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2